**Order entered June 9, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00238-CV

### SAVANNAH GONZALEZ AND KRYSTAL GONZALEZ, Appellants

### V.

### STEPHANIE GONZALEZ, Appellee

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-01430**

## ORDER

The Court has reviewed the clerk's record and is in need of two additional documents. Accordingly, we **ORDER** Felicia Pitre, Dallas County District Clerk, to file, by **JUNE 17, 2016**, a supplemental clerk's record containing the following two documents:

1.  Plaintiffs' First Amended Petition filed on August 8, 2014; and

2.  Motion to Strike Amended Pleading filed on August 11, 2014.

The reporter's record is overdue. On April 19, 2016, the Court sent David Roy, Official Court Reporter for the 101st District Court, a notice instructing him to file the reporter's record within thirty days. As of today's date, the reporter's record has not been filed. Accordingly, we **ORDER** Mr. Roy to file by, **JUNE 17, 2016**, either the reporter's record or written verification that no hearings were recorded or that appellants have not requested preparation of the reporter's

record.  *We caution appellants that if we receive written verification that no hearings were recorded or no request was made, we will order the appeal submitted without the reporter's record.  See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Pitre, Mr. Roy, and counsel for all parties.

/s/     ELIZABETH LANG-MIERS
       JUSTICE